IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREW DAVIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BELK, INC.,<br><br>  Defendant. | Case No. 3:25-cv-00414 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrew Davis hereby gives notice that his individual claims in this action against Defendant Belk, Inc. are voluntarily dismissed **without prejudice** as it relates to the following case: *Davis v. Belk, Inc.,* No. 3:25-cv-00414. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: June 24, 2025

Respectfully submitted,

*/s/ Scott C. Harris*
Scott C. Harris (NC Bar No. 35328)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5003
sharris@milberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Scott C. Harris*
Scott C. Harris

2
Case 3:25-cv-00414-FDW-SCR   Document 5   Filed 06/24/25   Page 2 of 2